IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KEMMIT L. PRESTON, JR., | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 4:10-CV-9-CDL-GMF |
| STATE OF GEORGIA, *et al.,* | * | WRIT OF MANDAMUS |
| Defendants. | * | |

## REPORT AND RECOMMENDATION

Petitioner, who is currently incarcerated in the Muscogee County Jail, has filed a petition for a Writ of Mandamus. (Doc. 1). Because the Petitioner is filing his Motion in the federal district court, however, his use of mandamus is limited. Title 28 of the United States Code, § 1361 states that "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." Thus, federal mandamus is available only "to compel an **officer or employee of the United States** ... to perform a duty owed to the Petitioner." 28 U.S.C. § 1361 (emphasis added). Here, the Plaintiff has moved the court to order the Muscogee County Superior Court Clerk to "recognize the jurisdiction of the US District Court, Middle Georgia District, and process one or more notices of appeal, now before her, as specified in this court, regarding Petitioner's Plea in Abatement to Quash and/or Dismiss Grand Jury Indictment." *Id.* at 8.

The Petitioner's claim, however, fails to state a legitimate basis for mandamus relief under 28 U.S.C. § 1361. The allegations in Plaintiff's request fail to allege any duty owed

to him which would require the Court to compel intervention on his behalf. Furthermore, this court is without jurisdiction to order employees of the State of Georgia to comply with Petitioner's wishes. Because the court lacks the authority to act, Petitioner's attempt to obtain a writ of mandamus in this matter must fail.

**ACCORDINGLY**, it is hereby RECOMMENDED that Petitioner's petition for a Writ of Mandamus be DENIED. Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff may file objections to this Recommendation in writing with the UNITED STATES DISTRICT JUDGE within FOURTEEN (14) DAYS after being served with a copy hereof.

SO ORDERED, this the 11th Day of March, 2010.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

sWe