IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KEMMIT L. PRESTON, JR., | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 4:10-CV-09 (CDL) |
| STATE OF GEORGIA, et al., | * |
| Defendants | * |

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on March 11, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 12th day of May, 2010.

                                          S/Clay D. Land
                                            CLAY D. LAND
                             UNITED STATES DISTRICT JUDGE